```
                    UNITED STATES COURT OF APPEALS

                       FOR THE FOURTH CIRCUIT
                                                           FILED
                                                     January 31, 2006


                           No. 06-276
                         3:00-cr-00222-2


In Re: TERRY EUGENE CURETON

         Movant


                           ---------
                           O R D E R
                           ---------
```

Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

The Court denies the motion.

Entered at the direction of Judge Williams with the concurrence of Judge Michael and Judge Traxler.

                                     For the Court,

                                     /s/ Patricia S. Connor
                                     _____
                                             CLERK