IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00-CR-222

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| TERRY EUGENE CURETON ) | |

THIS MATTER IS BEFORE THE COURT upon Petitioner Terry Eugene Cureton's Motion for Reduction of Sentence [doc. 133] filed on November 5, 2007.

IT IS HEREBY ORDERED that the Government has 20 days to respond to this motion.

Signed: November 7, 2007

Graham C. Mullen
United States District Judge